# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-14-093 |
| JAMES MAVERICK | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 22). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 2, 2015 |
| Responses are to be filed by: | March 16, 2015 |
| Pretrial conference is reset to**:** | **March 23, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 30, 2015 at 9:00 a.m.** |

SIGNED on November 12, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge